UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rose Hendrickson,

    Plaintiff,

    v.     Case No. 1:21cv336

Amazon Logistics, Inc., *et al.*,     Judge Michael R. Barrett

    Defendants.

### ORDER

Pursuant to notification by the parties on November 2, 2021, this matter is resolved. Consequently, it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, provided that the parties may, upon good cause shown within thirty (30) days, reopen the action. The Court retains jurisdiction.

**IT IS SO ORDERED.**

    *s/Michael R. Barrett*
    Michael R. Barrett, Judge
    United States District Court